20 So.2d 727

**Tank REEVES v. STATE.**

4 Div. 360.

Supreme Court of Alabama.

Feb. 1, 1945.

O. S. Lewis, of Dothan, for petitioner.

Wm. N. McQueen, Acting Atty. Gen., and Forman Smith, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Tank Reeves for certiorari to Court of Appeals to review and revise the judgment and decision of that Court in the case of Reeves v. State, 31 Ala.App. 594, 20 So.2d 726.

Writ denied.

GARDNER, C. J., and THOMAS and FOSTER, JJ., concur.